# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| Cecilia Hurtado, | ) | Case Number: _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **State Court Civil Action No.:** |
| v. | ) | **2018-CP-30-00551** |
| | ) | |
| | ) | **NOTICE OF REMOVAL** |
| Alupress LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    Defendant Alupress LLC ("Defendant"), in support of the Notice of Removal of the above-captioned action to the United States District Court for the District of South Carolina, Greenville Division, from the Laurens County Court of Common Pleas, states:

    1.    Defendant is filing this Notice less than thirty (30) days after service of the Summons and Complaint, originally styled *Cecilia Hurtado v. Alupress LLC*, in the Court of Common Pleas for the County of Laurens, State of South Carolina, bearing C.A. No. 2018-CP-30-00551. Therefore, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1). Copies of the Summons and Complaint are attached hereto as **Exhibit A**. No further proceedings have been had herein.

    2.    Removal of this action is proper pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint arises under the Family and Medical Leave Act of 1993, 29 U.S.C. § 2611, *et. seq.* ("FMLA"), a federal statute and law of the United States.

    3.    Pursuant to 28 U.S.C. § 1446(a), Defendant files this Notice of Removal in the United States District Court for the District of South Carolina, Greenville Division, which is the

District of the United States for the District and Division embracing the state court where the state court action is pending.

4.  A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Laurens County Court of Common Pleas, as provided by law.

5.  In the event any question arises as to the propriety of this Removal, Defendant requests the opportunity to present briefing, oral argument, and, if necessary, affidavits and other relevant evidence in support of its position that removal is proper.

6.  This Notice is signed in accordance with Fed. R. Civ. P. 11.

WHEREFORE, Defendant removes this action from the Laurens County Court of Common Pleas, State of South Carolina, to this Court.

> s/ Pierce T. MacLennan
> Pierce T. MacLennan, Fed. ID No. 12008
> Email: pmaclennan@hsblawfirm.com
> HAYNSWORTH SINKLER BOYD, P.A.
> 134 Meeting Street, 3rd Floor (29401)
> P.O. Box 340 (29202-0340)
> Charleston, S.C. 29401
> (843) 722-3366 (telephone)
> (843) 722-2266 (facsimile)
>
> *Attorney for Defendant*

September 7, 2018
Spartanburg, South Carolina