# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| Cecilia Hurtado, | ) | Case Number: _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **State Court Civil Action No:** |
| | ) | **2018-CP-30-00551** |
| | ) | |
| | ) | **DEFENDANT'S RESPONSE TO** |
| | ) | **LOCAL RULE 26.01** |
| Alupress LLC, | ) | **INTERROGATORIES** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 26.01, Alupress LLC ("Defendant"), by and through its undersigned counsel, answers the Court's local interrogatories as follows:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE: None known at this time.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiff's Complaint demands a jury trial and Defendant does not dispute the causes of action pled give rise to a jury trial.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE: Not Applicable.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE: Defendant removed this case to the Greenville Division because the Plaintiff originally filed this case in the Laurens County Court of Common Pleas.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE: None known at this time.**

(F) [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: Defendant is properly identified.**

(G) [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE: None known at this time.**

[SIGNATURE BLOCK ON FOLLOWING PAGE]

s/ Pierce T. MacLennan
Pierce T. MacLennan, Fed. ID No. 12008
Email: pmaclennan@hsblawfirm.com
HAYNSWORTH SINKLER BOYD, P.A.
134 Meeting Street, 3rd Floor (29401)
P.O. Box 340 (29202-0340)
Charleston, S.C. 29401
(843) 722-3366 (telephone)
(843) 722-2266 (facsimile)

*Attorney for Defendant*

September 7, 2018
Spartanburg, South Carolina