# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| Cecilia Hurtado, ) | C.A. No. 6:18-cv-2488-DCC-KFM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JOINT RULE 26(f) REPORT** |
| ) | |
| Alupress LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐    We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒    We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐    We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

HSB 5504086 v.1

Respectfully Submitted,

**HAYNSWORTH SINKLER BOYD, P.A.**

s/Pierce T. MacLennan
Pierce T. MacLennan, Fed. ID No. 12008
Haynsworth Sinkler Boyd, P.A.
134 Meeting Street, 3rd Floor
Charleston, SC  29401
Ph. (843) 722-3366
Fax (843) 722-2266
pmaclennan@hsblawfirm.com

*Attorneys for Defendant*

**MANN LAW FIRM, P.A.**

s/John P. Mann, Jr.
John P. Mann, Jr.
Attorney ID #5513
512 East North Street
Greenville, SC  29601
Ph. (864) 243-8358
jpm@mannlaw.org

*Attorney for Plaintiff*

September 27, 2018
Spartanburg, South Carolina